IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEGENDS, INC., | § § § | |
| Plaintiff, | § | Civil Action No. 4:09-CV-3463 |
| v. | § § | |
| THE UPPER DECK CO., LLC, et al., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Legends, Inc. and defendant PAID, Inc., pursuant to Fed. R. Civ. P. 41(a)(i) and (ii), hereby stipulate to the dismissal of the Plaintiff's claims in this action WITH PREJUDICE subject to the terms of that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" and dated February 26, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated: March 3, 2010

LEGENDS, INC.,

By its attorneys,


/s/ John M. Bustamante
John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
jmb@BustamanteLegal.com

Respectfully submitted,

PAID, INC.,

By its attorneys,


/s/ Sean M. Higgins
Sean M. Higgins
Texas Bar No.
Wilson Elser Moskowitz, Edelman
& Dicker LLP
5847 San Felipe, Suite 2300
Houston, TX 77057
p 713.353.2000
f 713.785.7780
sean.higgins@wilsonelser.com

{Practice Areas\CORP\20951\00007\A1554867.DOC}2

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on March 3, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.3 or via e-mail.

March 3, 2010                                                  By: /s/ John M. Bustamante
                                                                               John M. Bustamante