IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEGENDS, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:09-cv-3463 |
| THE UPPER DECK CO., LLC, et al. § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

On May 22, 2012, the Court called this case for trial. Plaintiff, Legends, Inc., appeared in person and through its attorney and announced ready for trial. Defendant, The Upper Deck Co., LLC, appeared in person and through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. The Court now renders judgment for Defendant.

It is, therefore, ORDERED, ADJUDGED and DECREED as follows:

1. The Court finds that the Defendant does not infringe and has not infringed any asserted claim of U.S. Patent No. RE 38,044.

2. The Court ORDERS that Plaintiff take nothing by its suit and that Defendant recover its costs of court from Plaintiff.

2. The Court orders execution to issue for this judgment.

3. The Court denies all relief not granted in this judgment.

4.   This is a FINAL JUDGMENT.

Entered this 18th day of June_____, 2012 in Houston, Texas.

                                                               UNITED STATES DISTRICT JUDGE